UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-1183-PSG (KK)** | Date: | January 5, 2021 |
| Title: | *Thessalonians Catrell Love v. Unknown, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner: | Attorney(s) Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause Why Action Should Not Be Dismissed for Failure to File a Status Report

On January 23, 2020 Plaintiff constructively filed[1] a Complaint against defendants G. Lewis and S. White (collectively, "Defendants") pursuant to 42 U.S.C. § 1983. ECF Docket No. ("Dkt") 1. On July 20, 2020, Defendants filed an Answer. Dkt. 24.

On July 22, 2020, the Court issued an Amended Case Management and Scheduling Order which required, among other things, the parties to file and serve a status report no later than December 18, 2020. Dkt. 26 at 3. On December 17, 2020, Defendants filed a status report. Dkt. 30. As of this date, Plaintiff has not filed a status report as required by the Case Management and Scheduling Order.

Accordingly, **on or before January 19, 2021**, Plaintiff is ORDERED TO SHOW CAUSE in writing why he has failed to file a status report as required by the Case Management and Scheduling Order.

///
///
///

---

[1]   Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted); Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) (stating the "mailbox rule applies to § 1983 suits filed by pro se prisoners").

**Plaintiff is cautioned that failure to timely file a response to this Order may result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and failure to prosecute.** See **FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**